RECEIVED

MAY 2 3 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

BRION D. PETTS

VERSUS

TAKEDA PHARMACEUTICAL COMPANY
LIMITED, ET AL

MISC. CASE NO. 17-mc-00084

JUDGE DOHERTY

MAGISTRATE JUDGE HANNA

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Brion D. Petts,

as Personal Representative and Derivative Claimant of the Estate of Roy Calvin Petts, is hereby

GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is

hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _23rd_ day of May, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE